UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                          Case No. 22-cr-20621
                                                        Hon. Matthew F. Leitman
vs.

ZAKI MAALOUF,

                    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Based upon Defendant Zaki Maalouf's conviction for violating 18 U.S.C. § 371 (Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks), Count 1 of the Information (ECF No. 1), the Rule 11 Plea Agreement (ECF No. 12), the Application for Preliminary Order of Forfeiture (ECF No. 20), and other information in the record, and pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461(c), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The United States' Application for Entry of Preliminary Order of Forfeiture is **GRANTED**; and

2. The Defendant, Zaki Maalouf, shall forfeit to the United States his interest in in any and all property, real or personal, which constitutes proceeds obtained

or derived, directly or indirectly, from his violation of 18 U.S.C. § 371, as charged in Count 1 of the Information.

3. A personal forfeiture money judgment in the amount of **Six Thousand Six Hundred and Sixty-Three Dollars and 56/100 ($6,663.56)**, is imposed against the Defendant in favor of the United States which represents the total value personally obtained by the Defendant from the health care kickback scheme described in the factual basis of the Defendant's Rule 11 Plea Agreement.

4. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under control of the Defendant. To satisfy the money judgment, any assets the Defendant has now, or may later acquire may be forfeited as substitute assets as allowed under 21 U.S.C. § 853(p).

5. Pursuant to Fed. R. Crim. P. 32.2, this Preliminary Order of Forfeiture shall become final as to the Defendant upon entry and the personal forfeiture money judgment shall be made part of the Defendant's sentence and included in his Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

6. Upon entry of this Preliminary Order of Forfeiture, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure.

7. The provisions of this Order will survive the Defendant, notwithstanding the

abatement of any underlying criminal conviction after the entry of this Order. The forfeitability of any particular property pursuant to this Order shall be determined as if the Defendant had survived, and that determination shall be binding upon the Defendant's heirs, successors, and assigns until the forfeiture money judgment amount is collected in full.

8. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3